HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
PHLOUCH OUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00320 AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION RESETTING MOTIONS SCHEDULE; ORDER** |
| PHLOUCH OUK, | ) |
| Defendant. | ) Date:   May 12, 2014<br>) Time: 10:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

The parties through their respective counsel jointly agree and stipulate as follows:

1. Defendant will file his motion to suppress by April 7, 2014;

2. The date for filing the Government reply shall be April 21, 2014;

3. The hearing date on the motions shall remain the same, May 12, 2014 at 10:00 a.m.

Defendant has proposed this stipulation because additional time is needed to secure a declaration from a witness.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

////

Dated: March 24, 2014

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                */s/ Kevin P. Rooney*
                                 KEVIN P. ROONEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated: March 24, 2014

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Andras Farkas*
                                 ANDRAS FARKAS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 PHLOUCH OUK

**O R D E R**

IT IS SO ORDERED.

Dated:  March 24, 2014                           
                                SENIOR DISTRICT JUDGE